IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEFFREY TAYLOR PLAINTIFF

v. Civil No.: 4:25-cv-04085-SOH

LOGISTIC ONE, LTD.
AND CARLOS SANCHEZ DEFENDANTS

**ORDER**

Before the Court is a Joint Motion of Dismissal with Prejudice. ECF No. 30. An action may be dismissed by "a stipulation by dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41 (a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41 (a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by all parties. Thus, the claims in this matter were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge